**SO ORDERED.**

**SIGNED this 12 day of August, 2024.**



_____

**Austin E. Carter**
**Chief United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| IN RE: | : | |
| | : | CHAPTER 7 |
| SOUTHERN HERITAGE HOME | : | |
| IMPROVEMENT LLC | : | |
| | : | CASE NO. 24-30237-AEC |
| Debtor. | : | |
| | : | |

---

## ORDER GRANTING MOTION FOR 2004 EXAMINATION

---

Upon American Zurich Insurance Company's **MOTION FOR RULE 2004**

**EXAMINATION** filed on August 7, 2024 (Doc. 21), and pursuant to Rule 2004(a)

of the Federal Rules of Bankruptcy Procedure, it is hereby:

ORDERED that Southern Heritage Home Improvement LLC ("Debtor") and

its member/president Burton Scotch Cooner (in both his individual capacity and his

capacity as a member/president of the Debtor) appear for a Rule 2004(a) examination at the offices of Freeman Mathis & Gary, LLP, 100 Galleria Parkway, Suite 1600, Atlanta, GA 30339-5948 (or at a location that is mutually agreeable to the parties and their counsel), at a time that is mutually convenient to the parties and their counsel, but on or before December 31, 2024; and it is further:

ORDERED that the clerk of the court, or counsel for American Zurich Insurance Company, pursuant to Rule 9016 of the Federal Rules of Bankruptcy Procedure and Rule 45 of the Federal Rules of Civil Procedure, is authorized to issue subpoenas to compel the attendance of the witness and the production of documents relating to the subject matter of the examination.

**END OF DOCUMENT**

*Prepared by*:

FREEMAN MATHIS & GARY, LLP

*/s/ Jessica C. Samford*
Jessica C. Samford
Georgia Bar No. 231518
jsamford@fmglaw.com
Lee D. Whatling
Georgia Bar No. 689717
lwhatling@fmglaw.com
100 Galleria Parkway
Suite 1600
Atlanta, GA 30339-5948
(770) 818-0000 (telephone)
*Counsel for American Zurich*
*Insurance Company*

**Distribution List**

Walter W. Kelly
Chapter 7 Trustee
Kelley & Lovett, P.C.
P.O. Box 70879
Albany, GA 31708
wkelley@kelleylovett.com

Barry Gordon Irwin
P.O. Box 1861
Athens, GA 30603
bkcynotices@yahoo.com

Elizabeth A. Hardy
Asst. U.S Trustee
Ustp.region21.mc.ecf@usdoj.gov

Southern Heritage Home Improvement LLC
2307 Della Slaton Road
Comer, GA 30629